| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA Bar # 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | DANIEL V. GUINN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:06-CR-00016-1 DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| DANIEL V. GUINN, | Date:    March 25, 2019 |
| | Time:    10:00 a.m. |
| Defendant. | Judge:   Hon. Dal A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Vincente Tennerelli, Counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, Counsel for Defendant, Daniel V. Guinn, that the sentencing hearing currently set for February 19, 2019, at 10:00 a.m., before Judge Dale A. Drozd, **may be rescheduled to March 25, 2019, at 10:00 a.m.**.  The probation officer does not oppose this request.

The reason for this request is that defense counsel needs additional time to develop a release and treatment plan for Mr. Guinn, in order to present such a plan as an option for the Court's consideration prior to imposing a sentence.  Defense counsel believed that the probation officer in this matter was looking into placement at a residential re-entry center (RRC) for Mr. Guinn, but upon receiving the dispositional memorandum and discussing the matter further with the probation officer, defense counsel has learned that placement at an RRC has not been

explored and is not being recommended, and therefore this is not presently an option for Mr. Guinn.  Defense counsel wishes to explore residential treatment alternatives in lieu of RRC placement before proceeding to sentencing in this matter.  Additionally, as of defense counsel's last meeting with Mr. Guinn on Friday, February 8, 2019, defense counsel believes that Mr. Guinn's mental health condition is decompensating and that a further evaluation is necessary so that the parties and the Court have up-to-date information regarding Mr. Guinn's mental health status prior to the sentencing hearing.

                                      Respectfully submitted,

                                      MCGREGOR SCOTT
                                      United States Attorney

Dated:  February 12, 2019            /s/ *Vincente Tennerelli*
                                      VINCENTE TENNERELLI
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated:  February 12, 2019            /s/ *Megan T. Hopkins*
                                      MEGAN T. HOPKINS
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      DANIEL V. GUINN


## O R D E R

    For the reasons set forth above, the requested continuance is granted for good cause.  The sentencing hearing as to Daniel V. Guinn currently set for February 19, 2019 is continued to March 25, 2019, at 10:00 a.m.

IT IS SO ORDERED.

   Dated:  **February 12, 2019**                                         
                                                               UNITED STATES DISTRICT JUDGE