1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559.487.5950

5  Attorney for Defendant
   DANIEL GUINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:06-cr-00016 DAD |
| *Plaintiff,* | ORDER FOR RELEASE OF DANIEL GUINN |
| vs. | Hon. Dale A. Drozd |
| DANIEL GUINN, | |
| *Defendant.* | |

On March 25, 2019 before the Honorable Dale A. Drozd the Court ordered that Mr. Guinn be released on March 26, 2019 at 8:00 a.m. to permit Federal Defender staff to transport Mr. Guinn from Fresno County Jail to Tulare County Health and Human Services for intake and to evaluate housing options through the County. If housing is available and accepted, Federal Defender shall notify U.S. probation and communicate reporting instructions to Mr. Guinn.

Alternatively, the Federal Defender will transport Mr. Guinn to obtain emergency housing through a shelter and shall notify U.S. probation officer of Mr. Guinn's shelter location and communicate reporting instructions to Mr. Guinn.

Mr. Guinn is ordered to appear for Sentencing on April 29, 2019 at 10:00 a.m. unless otherwise directed by his probation officer or advised by his counsel.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 25, 2019   /s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DANIEL GUINN

## **ORDER**

Defendant DANIEL GUINN shall be released from the Fresno County Jail on Tuesday, March 26, 2019 at 8:00 a.m. to the custody of Vincent Lee or Shawn McElroy of the Federal Defender's office. The Federal Defender staff member is directed to transport and accompany Mr. Guinn to Tulare County Health and Human Services for intake and to evaluate housing options through the County. If housing is available and accepted, Federal Defender shall notify U.S. Probation and communicate reporting instructions to Mr. Guinn.

Alternatively, the Federal Defender will transport Mr. Guinn to obtain emergency housing through a shelter and shall notify U.S. probation officer of Mr. Guinn's shelter location and communicate reporting instructions to Mr. Guinn.

Mr. Guinn is ordered to appear for Sentencing on April 29, 2019 at 10:00 a.m. unless otherwise directed by his probation officer or advised by his counsel.

IT IS SO ORDERED.

Dated: **March 25, 2019**

_____
UNITED STATES DISTRICT JUDGE