1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559.487.5950

5  Attorney for Defendant
   DANIEL GUINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00016 DAD |
|---|---|
| *Plaintiff,* | AMENDED ORDER FOR RELEASE OF DANIEL GUINN |
| vs. | Hon. Dale A. Drozd |
| DANIEL GUINN, | |
| *Defendant.* | |

On March 25, 2019 the Honorable Dale A. Drozd ordered that Mr. Guinn be released on March 26, 2019 at 8:00 a.m. to permit Federal Defender staff to transport Mr. Guinn from Fresno County Jail to Tulare County Health and Human Services for intake and to evaluate housing options through the County.  A proposed order was submitted and signed effectuating the release.  Late on the afternoon of March 25, 2019, defense counsel was advised that Tulare County Health and Human Services is unable to provide direct services to Mr. Guinn.  Defense counsel was referred to another community behavioral health services provider: Visalia School Clinic.

Federal Defender Investigator Vincent Lee spoke with a supervisor from Visalia School Clinic and confirmed that they will be able to provide behavioral counselling services to Mr. Guinn, and will be able to refer him for his prescription and medication monitoring.  Visalia School Clinic is available to receive Mr. Guinn on March 26, 2019 at 9 am for a walk-in intake

interview. Defense counsel notified the Court of the changed circumstances regarding available treatment for Mr. Guinn, and requested that Mr. Guinn be permitted to see community-based behavioral health services through Visalia School Clinic, rather than the previously agreed-upon Tulare County Health and Human Services. Neither probation nor counsel for the government had any objection to this request.

Upon Mr. Guinn's release, Federal Defender Staff will transport and accompany Mr. Guinn to Visalia School Clinic for a behavioral health services intake and referral for medication monitoring. If timing permits, Federal Defender Staff will also assist Mr. Guinn in an in-person application for social security disability benefits, and to obtain a phone in order to facilitate communication with probation.

Federal Defender Staff will transport Mr. Guinn to obtain emergency housing through a shelter in Visalia and shall notify U.S. probation officer of Mr. Guinn's shelter location and communicate reporting instructions to Mr. Guinn.

Mr. Guinn is ordered to appear for Sentencing on April 29, 2019 at 10:00 a.m. unless otherwise directed by his probation officer or advised by his counsel.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 25, 2019 /s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
DANIEL GUINN

## **ORDER**

**IT IS SO ORDERED.** Defendant DANIEL GUINN, having been released from Fresno County Jail on Tuesday, March 26, 2019 at 8:00 a.m. to the custody of Vincent Lee or Shawn McElroy with the Federal Defender's office, is directed to go with Federal Defender Staff to Visalia School Clinic for an intake interview, so that he may receive behavioral health services and be referred for medication monitoring. The Federal Defender will also transport Mr. Guinn to obtain emergency housing through a shelter and shall notify U.S. probation officer of Mr. Guinn's shelter location and communicate reporting instructions to Mr. Guinn.

Mr. Guinn is ordered to appear for Sentencing on April 29, 2019 at 10:00 a.m. unless otherwise directed by his probation officer or advised by his counsel.

IT IS SO ORDERED.

Dated: **March 26, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE