HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DANIEL V. GUINN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00016-DAD |
|---|---|
| Plaintiff, | ORDER FOR RELEASE OF UNITED STATES PROBATION OFFICE RECORDS |
| vs. | |
| DANIEL V. GUINN, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY ORDERED that, pursuant to the request of defendant's counsel, the chronological entries in the United States Probation Office's record-keeping system relating to Daniel V. Guinn 1:06-cr-00016, for those dates falling on or between March 26, 2019 and April 5, 2019, may be released to counsel.

IT IS SO ORDERED.

Dated: **April 23, 2019**

_____
UNITED STATES DISTRICT JUDGE