Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for DANIEL V. GUINN

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | Case No. 1:06-cr-00016 DAD |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| vs. ) | |
| ) | Date: December 9, 2019 |
| DANIEL V. GUINN, ) | Time: 10:00 a.m. |
| ) | Judge Dale A. Drozd |
| Defendant. ) | |

Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing currently set for December 2, 2019, at 10:00 a.m., to **December 9, 2019, at 10:00 a.m**., to allow the defendant additional time to investigate and respond to the U.S. Probation's Dispositional Memorandum received by counsel November 25, 2019. Counsel has not reviewed the Dispositional Memorandum with the defendant.

Defendant Guinn agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth

1

herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B(i)).

**SO STIPULATED.**

Dated: November 27, 2019

                                        /s/ Carolyn D. Phillips
                                        Carolyn D. Phillips
                                        Attorney for Defendant
                                        DANIEL V. GUINN

Dated: November 27, 2019    McGREGOR W. SCOTT
                                        United States Attorney

                                        By: /s/ Vincente Tennerelli
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff
                                        United States of America

## **ORDER**

**IT IS SO ORDERED.** The status hearing currently set for December 2, 2019 shall be continued to **December 9, 2019 at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **November 27, 2019**                    _Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE