| | |
|---|---|
| 1 | Carolyn D. Phillips #103045 |
|  | Attorney at Law |
| 2 | P.O. Box 5622 |
|  | Fresno, California  93755-5622 |
| 3 | 559/248-9833 |
| 4 | Attorney for DANIEL V. GUINN |

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) | Case No. 1:06-cr-00016 DAD |
|---|---|---|
|  | ) | **REVISED** |
| Plaintiff, | ) | **STIPULATION AND** |
|  | ) | **ORDER TO CONTINUE** |
|  | ) | **SENTENCING HEARING** |
| vs. | ) |  |
|  | ) | Date:  January 15, 2019 |
| DANIEL V. GUINN, | ) | Time:  10:00 a.m. |
|  | ) | Judge Dale A. Drozd |
| Defendant. | ) |  |

Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing currently set for December 9, 2019, at 10:00 a.m., to **January 15, 2020 at 10:00 a.m.**, to allow the defendant additional time to investigate and respond to the U.S. Probation's Dispositional Memorandum received by counsel

1

November 25, 2019. Counsel has reviewed the Dispositional Memorandum with the defendant, but needs additional time for investigation and sentencing preparation.

Defendant Guinn agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B(i)).

**SO STIPULATED.**

Dated: December 5, 2019

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
DANIEL V. GUINN

Dated: December 5, 2019  McGREGOR W. SCOTT
United States Attorney
By: /s/ Vincente Tennerelli
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

### ORDER

**IT IS SO ORDERED.** The status hearing currently set for December 9, 2019 shall be continued to **January 15 at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **December 6, 2019**

_____
UNITED STATES DISTRICT JUDGE