Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for DANIEL V. GUINN

## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:06-cr-016 DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| | ) | |
| vs. | ) | |
| | ) | Date: February 24, 2020 |
| DANIEL V. GUINN, | ) | Time: 10:00 a.m. |
| | ) | Judge Dale A. Drozd |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing currently set for January 15, 2020, at 10:00 a.m., to **February 24, 2020 at 10:00 a.m**., to allow the defendant additional time to investigate and respond to the U.S. Probation's Dispositional Memorandum received by counsel November 25, 2019. Counsel has reviewed the Dispositional Memorandum with the defendant but needs additional time for investigation and sentencing preparation. In the past week counsel acquired a large number of

1

documents material to defendant's sentencing. Additional time is needed to review these documents and assess their content.

Defendant Guinn agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B)(i).

**SO STIPULATED.**

Dated: January 9, 2020

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
DANIEL V. GUINN

Dated: January 9, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Vincente Tennerelli
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

The status hearing currently set for January 15, 2020 shall be continued to **February 24 2020 at 10:00 a.m.** Time to be excluded through February 24, 2020 pursuant to 18 USC §3161(n)(7)(B)(i).

IT IS SO ORDERED.

Dated: **January 10, 2020**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE