Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for DANIEL V. GUINN

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:06-cr-016 DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **DISPOSITION HEARING** |
| vs. | ) | |
| | ) | Date: March 30, 2020 |
| DANIEL V. GUINN, | ) | Time: 10:00 a.m. |
| | ) | Judge Dale A. Drozd |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing currently set for February 24, 2020, at 10:00 a.m., to **March 30, 2020 at 10:00 a.m**., to allow the defendant additional time to investigate and respond to the U.S. Probation's Dispositional Memorandum received by counsel November 25, 2019. Counsel has reviewed the Dispositional Memorandum with the defendant but needs additional time for investigation and sentencing preparation. In the past week counsel requested a documents

material to defendant's sentencing.  Additional time is needed to receive and review these documents and assess their content.

Defendant Guinn agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B)(i).

**SO STIPULATED.**

Dated:      February 20, 2020

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
DANIEL V. GUINN

Dated:      February 20, 2020                McGREGOR W. SCOTT
United States Attorney

By: /s/ Vincente Tennerelli
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

## ORDER

The status hearing currently set for February 24, 2020 shall be continued to **March 30, 2020 at 10:00 a.m.**  Time is excluded through March 30, 2020 pursuant to 18 USC §3161(n)(7)(B)(i).  No further extensions of time for this purpose will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **February 20, 2020**

_____
UNITED STATES DISTRICT JUDGE