Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for DANIEL V. GUINN

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>vs.<br><br>DANIEL V. GUINN,<br><br>        Defendant. | Case No. 1:06-cr-016 DAD<br><br>**STIPULATION AND ORDER FOR REFERRAL TO TULARE COUNTY MENTAL HEALTH AND PUBLIC GUARDIAN'S OFFICE FOR POSSIBLE CONSERVATORSHIP** |

Defendant Daniel Guinn by and through his counsel of record, Carolyn Phillips, and plaintiff, the United States, by and through its attorneys of record, McGregor Scott and Vincent Tannelli, stipulate and agree to the following disposition of Daniel Guinn's admitted violation of supervision:

    1.    An order referring Mr. Guinn for an evaluation by Tulare County Mental Health and Public Guardian's Office for possible conservatorship.

    2.    Pending the evaluation and finalization of a conservatorship, Mr. Guinn is to remain detained in the Fresno County Jail.

    3.    Should Tulare County determine Mr. Guinn is not appropriate for a conservatorship, this matter shall be returned for disposition.

1

4. If Tulare County determines Mr. Guinn is appropriate for a conservatorship Mr. Guinn is to be released to the Tulare Public Guardian and sentenced to time served with no supervision to follow.

This joint request is based on the pleadings and record on file, Defendant's Sentencing Memorandum and Exhibits, filed under seal on March 18, 2019 at Docket 37-40, Defendant's Sentencing Memorandum and Exhibits, filed under seal on July 3, 2020 at Docket 77-78, and any other testimony or documents received by the court during the disposition of this matter.

**SO STIPULATED.**

Dated:   July 3, 2020

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
DANIEL V. GUINN

Dated:   July 3, 2020                McGREGOR W. SCOTT
United States Attorney

By: /s/ Vincente Tennerelli
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

In light of the parties' stipulation and the assigned probation officer having no objection, **IT IS THE ORDER OF THIS COURT,** defendant Daniel Guinn is hereby referred to Tulare County Mental Health and Public Guardian's Office for possible conservatorship.

Pending the evaluation and finalization of a conservatorship, Daniel Guinn is to remain detained in the Fresno County Jail.

Should Tulare County determine Daniel Guinn is not appropriate for a conservatorship, this matter shall be returned for disposition.

If Tulare County determines Daniel Guinn is appropriate for a conservatorship Daniel Guinn is to be released to the Tulare Public Guardian and sentenced to time served with no supervision to follow. The sentencing hearing scheduled for July 7, 2020, is vacated. A status conference is now scheduled for August 17, 2020 at 10:00 a.m. in Courtroom 5. If action is taken earlier by the Tulare County Mental Health and Public Guardian's Office, defense counsel is to advise the court and this matter will be advanced on calendar.

IT IS SO ORDERED.

Dated:   **July 6, 2020**

UNITED STATES DISTRICT JUDGE

4