Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833
Attorney for defendant Daniel Guinn

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00016 DAD |
| ) | |
| Plaintiff, ) | ORDER AUTHORIZING |
| v. ) | THE FILING OF DOCUMENTS |
| ) | UNDER SEAL |
| DANIEL GUINN, ) | |
| ) | (Local Rule 141) |
| Defendant. ) | |
| _____ ) | |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant Daniel Guinn.  The documents captioned <u>Defendant Guinn's Sentencing Memorandum</u>, and <u>Exhibit to the Memorandum</u>, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

IT IS SO ORDERED.

Dated:   **July 6, 2020**                              _____
                                                                                    UNITED STATES DISTRICT JUDGE